## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Lucille Rounsley

                         Plaintiff,

v.                                          Case No.: 1:10–cv–01933
                                               Honorable Robert M. Dow Jr.

Portfolio Recovery Associates, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 12, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiff having informed the court that all matters in controversy have been settled, the above–entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 5/12/2010 after which time the dismissal will be with prejudice if no request to reinstate has been filed. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.