IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lucille Rounsley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   10 C 1933 |
| | ) | |
| Portfolio Recovery Associates, LLC, a | ) | Judge Dow |
| Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant.

Dated: April 26, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010 a copy of the foregoing **Stipulation To Dismiss** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail.

Kevin M. Duffan, Associate Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com